Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

# UNITED STATES DISTRICT COURT

FILED '25 12 16 PM03:08 MDGA-ALB

for the

Middle District of Georgia

Albany Division

| | | |
|---|---|---|
| Pro. SE RAY Quontrevious Raheem | ) | Case No. 125 cv 178 |
| | ) | |
| | ) | *(to be filled in by the Clerk's Office)* |
| *Plaintiff(s)* | ) | |
| *(Write the full name of each plaintiff who is filing this complaint.* | ) | |
| *If the names of all the plaintiffs cannot fit in the space above,* | ) | |
| *please write "see attached" in the space and attach an additional* | ) | |
| *page with the full list of names.)* | ) | |
| -v- | ) | |
| | ) | |
| SEE Attached | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | ) | |
| *(Write the full name of each defendant who is being sued. If the* | ) | |
| *names of all the defendants cannot fit in the space above, please* | ) | |
| *write "see attached" in the space and attach an additional page* | | |
| *with the full list of names. Do not include addresses here.)* | | |

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## I.    The Parties to This Complaint

### A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name Quantrevious Raheem Ray

All other names by which
you have been known:

ID Number #72385 - GDC- 1002296684-

Current Institution Crisp Canty Detention Center

Address 197 Hwy 300 South
Cordele              Ga              31015
   *City*              *State*              *Zip Code*

### B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title *(if known)* and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed. *Also See Attached for defendants 5, and 6*

Defendant No. 1
   Name H. W. "Billy" Hancock
   Job or Title *(if known)* Sheriff
   Shield Number
   Employer Crisp County Sheriff Department
   Address 197 Hwy 300 South
                    Cordele              Georgia              31015
                    *City*              *State*              *Zip Code*
                    ☒ Individual capacity    ☒ Official capacity

Defendant No. 2
   Name Corey Kennedy
   Job or Title *(if known)* LT.
   Shield Number
   Employer Crisp County Detention Center
   Address 197 Hwy 300 South
                    Cordele              Georgia              31015
                    *City*              *State*              *Zip Code*
                    ☒ Individual capacity    ☒ Official capacity

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

Defendant No. 3

    Name                 Shawn Emmons

    Job or Title *(if known)*   WARDEN

    Shield Number

    Employer           Jackson STATE priSon

    Address            Jackson

|  |  |  |
|---|---|---|
| *City* | *State* | *Zip Code* |

    ☒ Individual capacity     ☒ Official capacity

Defendant No. 4

    Name                 Jacob Bell

    Job or Title *(if known)*   Superintendent

    Shield Number

    Employer           Robert L. Patten - Probation Detention Center

    Address            Lakeland        GA

|  |  |  |
|---|---|---|
| *City* | *State* | *Zip Code* |

    ☒ Individual capacity     ☒ Official capacity

↑ SEE-Attached for Defendants 5, and 6 ✳

## II.   Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A.   Are you bringing suit against *(check all that apply)*:

    ☐ Federal officials (a *Bivens* claim)

    ☒ State or local officials (a § 1983 claim)

B.   Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

Retaliation      Violation of Responsibility      SubStantive Due Process
Cruelty to inmate     Emotional Distress         Defformation of Character
Gross neglegence     Deprivation of liberty
Pain and Suffering     Conspiracy to Interfere with Civil Rights

C.   Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

D.    Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.    Also SEE Attached

On 02/29/2024 - upon Arrival to Crisp County Detention Center in a emotionally Distressed manner - LT. Corey Kennedy dragged me across the Concrete outside to inside the Jail and down the Hall and into Processing - by gripping of my hand cuffs Causing Lacerations and torn tissue and permenant Scarring to my wrist.    * SEE Attached *

## III.    Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

- ☒ Pretrial detainee
- ☐ Civilly committed detainee
- ☐ Immigration detainee
- ☐ Convicted and sentenced state prisoner
- ☐ Convicted and sentenced federal prisoner
- ☐ Other *(explain)*

## IV.    Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.    If the events giving rise to your claim arose outside an institution, describe where and when they arose.

B.    If the events giving rise to your claim arose in an institution, describe where and when they arose.

Crisp County Detention Center Celetport - 02/29/2024 arond 9:30 pm LT. Kennedy -
Crisp County Detention Center - around 03/15/2024 - Admin Seg - Corporal Yang -
CDC - Around 08/23/2024 - Interogation - room - Sheriff hand Cock -
and 10/03/2024 - Patten BDsCo - Super-Intendent Bell -
and 01/09/2025 - Jackson State Prison until - 05/13/2035 Warden Emmons
but 12/19/2024 - CCDC - Coporal Manders

Attached - to page 1 - Plaintiff .V. Defendants

RAY, Quantrevious RAheem (pro. SE.)
Plaintiff Ⓐ

.V.

H.W. "Billy" HandCock
COREY Kennedy
Jay Young
Michelle Manders
Shawn Emmons
Jacob, Bell

Defendants Ⓐ

Attached - page ② The Parties to This Complaint

The Defendents No. 5 and No. 6

Defendant No. 5
NAME - Michelle Knight Manders
Job or Title  Corporal
Shield Number - unrevealed -
Employer - Crisp County Detention Center
Address  197 HWY 300 South
Cordele                 GA              3/015
City                   State           Zip Code

☒ Individual Capacity        ☒ Official Capacity

Defendant No. 6
NAME - Jay Young (YOUNG)
Job or Title - Corporal
Shield Number - Refused to reveal  11-25-2025.
Employer - Crisp County Detention Center
Address - 197 HWY 300 South
Cordele                 GA              3/015
City                   STATE           ZIP CODE
☒ Individual Capacity        ☒ Official Capacity

<u>Attachments for pages ③ Basis for Jurisdiction ③</u>

On 08-23-2024 or about * ② Sheriff How. "Billy" Hancock acted in corruption by way of Retaliatory Actions, O.C.G.A. 31-8-8 Violation of Duties - O.C.G.A - 45-12-210, Violation of Duties ① O.C.G.A. 45-12-210, After my numeras reports to Administration - and my parents. An investigative reporter was dispatched to Crisp County Detention Center. Due to A report of Inmate Cruelty By my mother - Shenita Ray - via Albany WALB Channel 10 Action News. Upon the reporting citing to the Sheriff her business. Immediatly and with in the hour the Sheriff had me brought to a investigative room at the Crisp Co. Sheriff Dept. And Immediatly begin to threaten me Saying since you want to get "Attorny" involved, I'm going to get my Attorney involved. I have enough means to keep you in Court for 30 years before you get a dime, and just for that I'm going to send you some where when you get there you going to have to make Some new Friends - He also told the reporter that I was mental health and that was all that happined a mental health episode. Immediatly upon my returning to my cell pod - C-1 - I was Instructed to pack all my property and was Immediatly transferred to LEE County Jail. as a retaliatory action for my exercising My First Amendment right to Freedom of speech - and right not to be abused. He - Sheriff Failed to investigate any of my Claims properly - Stating that He reviewed the incident and that his Ofc. (Kennedy) was rightfully acting in dragging me by my handcuffs through the Jail Causing Injury Physically - and Emotionally to ME. and Also refused to allow me to bring forth Charges for assault. *

③ Upon being placed in a cell in Administrative Seg Some time In 2024 - When I was next door to inmate Pinola - I was placed in a cell that had another inmates fecal matter all of the Door, Lights, Bed, Wall, Shower and Window - Corporal Young placed a Sign on my door that read, Do not open this Inmates Door for anything. in wich I was refused Chemicals To clean the cell and was held in that Condition for about or around 3 weeks - Pain and suffering O.C.G.A. 9-10-184 —

Continued →

Also Attachment of page ③ Basis For Jurisdiction

Continued — ③ Corporal Young — Gross Negligence - O.C.G.A 51-1-4
Violation of Code of Ethics - 510-4- .02. (O.C.G.A ←)
Violation of Responsibility O.C.G.A. 125-4-6 .01.
Cruelty to inmate O.C.G.A (2.R) 42-4-5
Emotional Distress - Conspiracy to Interfere with Civil Rights

Basis For Jurisdiction Page ③ -

④ - Defendant - Michelle Knight Manders - Corporal - on or about 12/19/2024 - I reported to main Control by Emergency alert system in pod D-1- (CCDC.) To OFC. Neil Rainwaters that I - was Suicidal Around 4:3AM- He informed me that he would Send Somone Immediatly - around 5 min. Later. Cpl. GroJahn arrived - I - Informed - her of the Situation" (groJahn) She replied I am not the Supervisor let me Call for her". (Corporal Manders) around 3 min. Later Corporal Manders Arrived also with officer Dheil. I reported to her that I - was suicidal - She replied well your Not moving - and immediatly a fight Broke out between my self and Calvin Ellis in wich OFC Dheil. Corporal GroJahn and Corporal Manders Immediatly Entered the Cell tased ME and took ME to Strip Cell - where I- Was placed on Suicide watch and Charges pressed against me for Obstruction, Battery, Riot in a Penal Institution and Terroristic Threats. Corporal Manders Failed to perform her duties. O.C.G.A 51-1-4 Gross Negligence - O.C.G.A 510-4- .02. - Violation OF CODE OF Ethics - 1st Amendment - Deprivation of Liberty Pain and Suffering O.C.G.A. 9-10-184. Emotional Distress - Cruelty to inmate O.C.G.A. 42-4-5 and Conspiracy to interfere with Civil Rights also Corruption by Intentional Abuse O.C.G.A. 45-12-210 and Corruption by Failing to Investigate Acts O.C.G.A. 45-12-212..

Basis For Jurisdiction

⑤ Defendant Shawn Emmons - While in the Custody OF Warden Emmons at Jackson State Prison - from around 01/09/2025 until about 5/12/2025 - I- was housed in units with no Electricity resulting in no Lights - and pitch dark Conditions as Soon as the Sunlight of Day went Away. No windows as they were broken out, No working toilets, or, Sinks, 10° temperatures inside the Facility and Snow on the Floors of the Facility. Conditions were present for my entirety at the Camp. which was about 5 months - resulting in O.C.G.A. 51-1-4- gross Negligence - continue.

Continued - Defendant ⑤ Shawn Emmons - Cruelty to inmate O.C.G.A. 42-4-5 1st 5th and 8th Amendment - Deprivation of liberty - Oppression - Excessive Punishment. O.C.G.A. 9-10-184 Pain and Suffering - Conspiracy to interfere With Civil Rights - Emotional Distress - and violation of Responsibility O.C.G.A. 125-4-6 .01. and Retaliation By transfer

## Basis For Jurisdiction Page ③

Defendant ⑥ - Jacob, Bell - Superintendant at Robert L Patten probation and Detention Center - Some time in early october - 2024 I arrived at Lakeland 57a - PoDoCo - To the Care and Custody of Superintendent LT. Jacob Bell within a Week he Was informed of A Catagory 3 Hurricane in Direct route to the Facility - In wich he Lt (Jacob Bell) Had Ample time to arrange Proper Care or even Evacuation of Inmates in his Care and Custody - wich He did not. So as the inEvidable occured - We Were Hit - resulting In - No-Power - No toilets, No water, No hot Food, Unsanitary Conditions Fecal matter all over the bathroom area - toilets over filled with urine ind Fecal matter - Causing mental and Emotional and also Physical Stress - and damages From Direct Negligence of My Custodian at that Time Superintendant LT. Jacob Bell - Violating ordinary Duty of Care O.C.G.A. 51-1-4 - Negligence - Violating Constitutional rights by Creating - a Enviroment where as I Suffered deprivation of liberty - Oppression - Emotional Distress - physical Distress - Cruelty to Inmate O.C.G.A. 42-4-5 Pain and Suffering O.C.G.A. 9-10-184 - Violation of Responsibility O.C.G.A. 125-4-6 .01.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

C.    What date and approximate time did the events giving rise to your claim(s) occur?

02/29/2024, 9:30 pm - CoCoDoCo   03/07/2024 - 03/30/2024
Around 08/23/2024 - 12:00 pm - 10-03/2024 - 10/12/2024.   Around 12/19/2024 - 4:30 Am
Around 01/09/2025 - 05/11/2025

D.    What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

I- Have Every incident on a Attached paper that has been submitted with this suit in that this space is not adequate to Explain all Details surranding the Suit. I pray that the format Be exceptable your honor as I am limited to assets Such a S paper Do (2,R) in Cooperation By Sheriff's Department who's Costody I now reside in

## V.    Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

Lacerations to wrist by force applied to handcuffs also Causing Swelling and torn tissue to wrist - Crisp County Detention medical - Mental health treatment and diagnosis - OF Major Depressive Disorder, PTSD - Anxiety-Disorder - treatment at CrispCounty medical - in Detention Center, Medical- at Jackson State Prison - (2,R) medical- Patten PDC- medical - Baldwin State prison-medical - middle Flint Behavioral and health- CrispCounty .GA - Atlanta Mission-Potter's house', Jefferson,GA - Anchor Medical- Tanner Medical- Villa Rica, Ga - Pine Woods Behavorial - Griffin-Ga - Rutledge State pr.so Colombus, GA - Wheeler Correctional - Wilcox-State Prison -medical - Baldwin State Prison medical

## VI.    Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims. I- will have to take mental health treatment For the rest of my life - and also medication - transportation back and Fro - Emotional Distress - Deformation of Character - Permenant tissue damage and Scarring - to my wrist - loss- Time From my Family - the violence that I seen in Facilties that I Can never Forget - Events that I- have been Caused to miss such as Funerals - Graduations - Employment - in my buisness - and Career - and Hard Ship placed on Me as I Direct action and neglegence of the above State officials - I request payment For all medical bills current and Future Stemming Fom these Actions - Transportation - back and Fro - Compensation For Emotional - Damage Physical Damage Pain and Suffeeing - and loss of Wages For Every day Extra - Detainment - that I Cold be gaining profits my my music Business - Gi,Quan.Mo5.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## VII.    Exhaustion of Administrative Remedies Administrative Procedures

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures.  Your case may be dismissed if you have not exhausted your administrative remedies.

A.        Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☒ Yes

☐ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

Crisp County Detention Center, Jackson State prison, Patten Detention Center n Lakeland, Ga —

B.        Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☒ Yes

☐ No

☐ Do not know

C.        Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☒ Yes

☐ No

☒ Do not know

If yes, which claim(s)? Cruelty to Inmate, Retaliation, Emotional distress, Assaults by Staff, Deprivation of liberty, gross negligence, pain and suffering, Conspiracy to Interference with Civil Rights, Substantive Due process, Violation of Responsibility, Violations of Code of Ethics, Violation of Responsibility, Corruption by Intentional Abuse, Corruption by Failure to investigate acts, liability for negligence, falsified Documents, Deformation of Character — Nuisance Claim,

Page 6 of 11

D.    Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☒ Yes

☐ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☐ Yes

☐ No

E.    If you did file a grievance:

1.    Where did you file the grievance? Crisp County Detention Center - Jackson State prison - Robert L. Patten probation Detention Center Lee County Jail

2.    What did you claim in your grievance? Assault by Staff, Retaliation, Interference Cruelty to Inmate, Deprivation of liberty, Neglegence, Corruptions, Inhumane Treatment, Violation of Responsibility -

3.    What was the result, if any? grievances unfounded - Refusal to investigate or - Stalling out investigation - Harrasment by staff and mockery - Threats - to myself - Retaliation - by Cruel and unusual Punishments - and transfers -

4.    What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. *(Describe all efforts to appeal to the highest level of the grievance process.)*

In most instances I did appeal to highest process In some instances Staff admitted guilt - So I just Decided to Seek Attorney - Counsel - - In with I have not been able to Obtain due to my indigency - So I did as much research as I could obtain due to my incarceration a what I have been allowed access to and am trying to more forward with a Suit pro'se - Staff Even goes as far as given me the wrong documents such as My Affidavit to Proceed forma Pauperi

Page 7 of 11

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

Even Filed greivance   Let the Cort take that into Evidence ~ that I requested proper form for Affidavit ~ to no Avail- So I Submitted what I had - praying the Cort excepts it.

F.      If you did not file a grievance:

1.   If there are any reasons why you did not file a grievance, state them here:

N/A

2.   If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

N/A

G.      Please set forth any additional information that is relevant to the exhaustion of your administrative remedies. I pray the Cort will look into my grievances and see the hard time these Administration have given me in obtaining the information I need to Create meaningful legal Document - and Intentionally giving me the wrong forms even - refusing Envelopes - and proper motions - Even after my greivance of the Conduct - your honor ~

*(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)*

## VIII.  Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes

 ☒ No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

A.    Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☐ Yes

☒ No

B.    If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1.    Parties to the previous lawsuit

Plaintiff(s)

Defendant(s)

2.    Court *(if federal court, name the district; if state court, name the county and State)*

3.    Docket or index number

4.    Name of Judge assigned to your case

5.    Approximate date of filing lawsuit

6.    Is the case still pending?

☐ Yes

☐ No

If no, give the approximate date of disposition.

7.    What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

C.    Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?    NO

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

☐ Yes

☒ No

D.    If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below.  *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1.   Parties to the previous lawsuit

Plaintiff(s)

Defendant(s)

2.   Court *(if federal court, name the district; if state court, name the county and State)*

3.   Docket or index number

4.   Name of Judge assigned to your case

5.   Approximate date of filing lawsuit

6.   Is the case still pending?

☐ Yes

☐ No

If no, give the approximate date of disposition

7.   What was the result of the case?  *(For example: Was the case dismissed?  Was judgment entered in your favor?  Was the case appealed?)*

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## IX.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:   11/25/2025

Signature of Plaintiff   Q. Ray

Printed Name of Plaintiff   Quantrevious Raheem Ray

Prison Identification #   Crisp County Detention # 72385 – GDC # 1002296605

Prison Address   197 Hwy 300 South

Cordele                    Georgia        3015
City                          State             Zip Code

### B.    For Attorneys

Date of signing:

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Address

                            City                    State          Zip Code

Telephone Number

E-mail Address

FOREWORD-

Dear Judge the Crisp County Detention Center States that It Is not their Obligation to provide notary Services to Inmates.

So my Suit is not Notarized - and Also they Didnt and will not provide me with the Correct form of Motion to Address the Court for Application to proceed Forma Paupers - possible in effort to Deter me from filing this Suit but I will Still try your Honor - all of these Tools Should be apart of a adequate law library - and being that the Sheriff is my gaurdian He is required by law to provide adequte tools to provide a meaningful and Aothentic legal document - Wich I am being Denied - I am using what I have Starting Where Im at And doing what I Can your honor - All of this So far is pro SE work your honor So please accept my Documents as I have tried to Obtain all legal forms an processes to a federal Standard And Everything that I do not have or is not Present I have Continuously asked for - and even filed numerous grievances to no avail So I am moving forward your honor handicapped directly by The Crisp County Sheriff Dept. Administration

Sincerly

L. Ray

11/25/2025

P.S.-

The Six officers that I asked to notarize Coporal Manders, Coporal yang, Corporal Lane, Coporal graham Coporal Clark - Deputy Pheil - all refused or fail. to Come, and notarize after I requested - each officer Personally - these are the only People who Can notarize in the dale