IN THE UNITED STATES DISTRICT COURT
FILED '26 0414 AM09:03 HDGA-ALB
FOR THE MIDDLE DISTRICT OF GEORGIA
_____ ALBANY _____DIVISION

QUESTIONNAIRE FOR THE PRISONERS PROCEEDING
PRO SE UNDER 42 U.S.C. § 1983

RAY Quantrevious Raheem 72385 :

_____

_____

_____

(GIVE FULL NAME AND PRISON NUMBER OF PLAINTIFF)

**Plaintiff**

VS.

Sheriff William Billy Hancock :
Lieutenant Corey Kennedy :
Corporal ALFRED JAY YOUNG :
Corporal Michelle Knight Manders :
(NAME OF EACH DEFENDANT) Sheriff GENE SCARBrough :
Lieutenant Martinez- :

**Defendant(s)** :

CIVIL ACTION NO:

1:25-CV-178(LAG)

## I. GENERAL INFORMATION

1. Your full name **and** prison number RAY Quantrevious Raheem 72385

2. Name and location of prison where you are **now** confined Crisp County Detention Center

3. Sentence you are now serving (how long?) 10 Years Probation - 6 months Probation Detention Center

    (a) What were you convicted of? Aggravated Assault, Aggravated Stalking, Riot in Penal Institution Terroristic Threats, Obstruction

    (b) Name and location of court which imposed sentence Crisp County Superior Court

    (c) When was sentence imposed? 03/02/2026

    (d) Did you appeal your sentence and/or conviction?  Yes ☐  No ☒

    (e) What was the result of your appeal? I took a plea Even though I was innocent because I Could not Afford Counsel. and Public Defender Did not want to go to trial with me- He Stated He knew I was innocent but It was To Risky because I was facing 60 Years- So I pleaded-

**(f) Approximate date your sentence will be completed** 06/25/2034

## II. PREVIOUS LAWSUITS

NOTE: FAILURE TO DISCLOSE **ALL** PRIOR CIVIL CASES MAY RESULT IN THE DISMISSAL OF THIS CASE. IF YOU ARE UNSURE OF ANY PRIOR CASES YOU HAVE FILED, THAT FACT MUST BE DISCLOSED AS WELL.

4. **Other than an appeal of your conviction or sentence, and other than any habeas action, have you filed a lawsuit dealing with the same or similar facts or issues that are involved in this action?**
Yes ☐  No ☒

5. **If your answer to question 4 is "Yes," list that lawsuit below, giving the following information:**
(IF YOU HAVE FILED MORE THAN ONE LAWSUIT, LIST OTHER LAWSUITS ON A SEPARATE SHEET OF PAPER, GIVING THE SAME INFORMATION FOR EACH)

(a) Parties to the previous lawsuit INVOLVING SAME FACTS:

Plaintiff(s):_____

_____

Defendant(s):_____

_____

(b) Name of Court:_____

(c) Docket Number:_____  When did you file this lawsuit?_____

(d) Name of judge assigned to case:_____

(e) Is this case still pending?  Yes ☐  No ☐

(f) If your answer to (e) is "No", when was it disposed of and what were the results?
(DID YOU WIN? WAS THE CASE DISMISSED? DID YOU APPEAL?)
I Submitted a Civil Rights Complaint to Crisp Superior Court I recieved A order granting IFP- on 12/31/2025 - but no case number has been recieved.

6. **Other than an appeal of your conviction or sentence, and other than any habeas action, have you ever filed any lawsuit while incarcerated or detained?**  Yes ☐  No ☒

7. **If your answer to question 6 is "Yes," list that lawsuit below, giving the following information:**
(IF YOU HAVE FILED MORE THAN ONE LAWSUIT, LIST OTHER LAWSUITS ON A SEPARATE SHEET OF PAPER, GIVING THE SAME INFORMATION FOR EACH)

(a) Parties to the previous lawsuit:

Plaintiff(s):_____

Defendant(s):_____

(b) Name of Court:_____

(c) Docket Number:_____  When did you file this lawsuit?_____

(d) Name of judge assigned to case:_____

(e) Is this case still pending?  Yes ☐  No ☐

**(f)**     **If your answer to (e) is "No", when was it disposed of and what were the results?**
(DID YOU WIN? WAS THE CASE DISMISSED? DID YOU APPEAL?)

_____

_____

**8. AS TO <u>ANY</u> LAWSUIT FILED IN <u>ANY</u> FEDERAL COURT in which you were permitted to proceed** _in forma pauperis_**, was any suit dismissed on the ground that it was frivolous, malicious, or failed to state a claim?     Yes ☐     No ☐**

**If your answer is Yes, state the name of the court and docket number as to each case:**

_____     _____

_____     _____

_____     _____

_____     _____

### III. PLACE OF INCIDENT COMPLAINED ABOUT

9. Where did the matters you complain about in this lawsuit take place? <u>CRisp County Detention Center</u> <u>and Tift County Detention Center</u>

   (a) Does this institution have a grievance procedure?     Yes ☒     No ☐

   (b) If your answer to question 9(a) is "Yes", answer the following:

       (1) Did you present your complaint(s) herein to the institution as a grievance?
           Yes ☒     No ☐

       (2) If Yes, what was the result? <u>most grievances were Deemed Unfounded and appeals were not answer- Despite medical Evidence and facility Cameras and officer Body Cameras- Nurse, and Dr Statements filed and documented -</u>

       (3) If No, explain why not:_____

       _____

       _____

       _____

       _____

**(c) What, if anything else, did you do or attempt to do to bring your complaint(s) to the attention of prison officials? Give dates and places and the names of persons talked to.**

I Spoke to Sheriff hancock on 08/23/2024 - I Spoke to LT. Colonel arzola around 11/15/2026 - I Spoke with Dr. Maria hughes - over a period of 2024-2026 inside Crisp and Tift County Detention Centers - I Spoke with Sgt Latham numer-

Times -2025-26 **(d) Did you appeal any denial of your grievance to the highest level possible in the prison system?     Yes ☒     No ☐**

(1) **If Yes, to whom did you appeal and what was the result?** The appeals were not answer - and retaliatory actions were taken against me by Sheriff Hancock and LT. Kennedy by transferr and segre-

gation (2) **If No, explain why you did not appeal:** _____

_____

_____

**10. In what other institutions have been confined? Give dates of entry and exit.**

Transfered To LEE County Jail on 08/23/2024 - They did not want to be Involved and Transferred back to Crisp Co. 08/24/2024 - Transfered to Tift County Jail On 12/31/2025 - and they did not want to be involved Transferred back to Crisp Co. On 01/28/2026 - and placed immediatley in administratinc segregation

## IV. PARTIES TO THIS LAWSUIT

**11. List your CURRENT place of incarceration/mailing address.**

Crisp County Detention Center" 196 Hwy 300 S.
Cordele, GA - 31015 -

_____

**12. List the full name, the official position, and the place of employment of each defendant in this lawsuit.** (ATTACH ADDITIONAL PAGES IF NECESSARY)

Sheriff Billy Hancock - Sheriff of Crisp County - Crisp County LAW Enforcement Center Corey Kennedy - Lieutenant Administrator, Crisp County Detention Center. ALfred Jay Young Corporal - C.C.D.C., Michelle Knight Manders, Corporal - C.C.D.C. Sheriff Gene Scarbrough - Sheriff - Tift County Detention and Sheriffs Dept. Lieutenant Martinez - Tift County Detention and Law Enforcement Center

## V. STATEMENT OF CLAIM

13. In the space hereafter provided, and on separate sheets of paper if necessary, set forth your claims and contentions against the defendant(s) you have named herein. Tell the court **WHAT** you contend happened to you, **WHEN** the incident(s) you complain about occurred, **WHERE** the incident(s) took place, **HOW** your constitutional rights were violated, and **WHO** violated them? Describe how each defendant was involved, including the names of other persons who were also involved. If you have more than one claim, number and set forth each claim SEPARATELY.

DO NOT GIVE ANY LEGAL ARGUMENT OR CIT ANY CASES OR STATUTES AT THIS TIME; if such is needed at a later time, the court will advise you of this and will afford you sufficient time to make such arguments. KEEP IN MIND THAT RULES 8 OF THE FEDERAL RULES OF CIVIL PROCEDURE **REQUIRES** THAT PLEADINGS BE **SIMPLE**, **CONCISE**, and **DIRECT**! If the court needs additional information from you, you will be notified.

WHERE did the incident you are complaining about occur? That is, at what institution or institutions? C.C.D.C. and Tift County Law Enforcement Center

WHEN do you allege this incident took place? Beginning 02-29-2024- and re-occuring through 02/22/2026

#1 WHAT happened? Sheriff Hancock is Director of C.C.D.C. Responsibl for all operations of The department including each Institution under its Jurisdiction - Violated U.S.C by way of 14th Amendment - due process and 1st Amendment by retaliation - For Punishing me by transferr on 08/23/2024 and 12/31/2025 for exercising a protected Right of filing Complaint with Walb news on 08/23/24 and arrival of The news to the Jail and Questioning him on Camera about mistreatment of myself - He Stated I was a mental health inmate and That it was Just a mental health episode and Immediatley Transferred me within 30 mins to Lee-County Jail - He Cause Emotional Distress and mental Suffering - Defamation by injury to my reputation on public-T.V. with fake Communication on WALB-10 news, personal Injury - impairing The mental health of myself forever" Conspiracy to interfere with my civil Rights. by hendering my protection while in his Custody" and taken Racketeer influenced Corrupt acts by engaging in a pattern to Continueously violate my civil Rights by illegal Actions From about 08/23/24 - until 02/22/26 12/31/2025 - Transferr was related to filing 42.U.S.C. Complaint on 12/16/2025 - He Stated your Suing me - I'm going to transferr your ass again. Was transferred to LEE County and Tift County - #2 Defendant Cory Kennedy -

Defendant Corey Kennedy Is the Lieutenant Administrator of CCDC. He is legally responsible for the operation and of CCDC and the welfare of all inmates in that Jail. He is sued individually and in his official capacity At all times mentioned in this complaint, So Is Each Defendant. because at all times mentioned in this complaint each defendant Acted under the Color of state law". - Defendant Corey Kennedy violated my Rights under the Constitution of the United States. of America- Under the 5th Amendment using Excessive Force on 02/29/2024 upon my Arrival at the C.C.D.C. by dragging me by my handcuffs- across the concrete into the Jail and down the hall into processing causing, Lacerations- Swelling and torn Tissue. I was placed immediatley in administrative segregation With no medical Attention- However I was taken to medical Around 3 days Later. where nurse Shon did examine me, and document my injuries- and to this day 2 yrs Later I- still having scarring and complications to my wrists- He also inflicted Emotional Distress by mental aNxiety and suffering In which I- receive treatment from Dr. Maria hughes- ongoing over the last 3. yrs- through Crisp County Detention He Caused Personal injury- by impacting my mental and physical health. And also retaliated against me by placing me in solitary confinement- on 1/28/26 or about after returning from Tift Co. Jail- For about 30 days with no hearing or disciplinary infractions- only and soley to punish me for - seeking legal relief- also I- accuse LT- Corey Kennedy of taking- Racketeer influenced corrupt Actions against myself by engaging in a pattern of illegal Acts to deprive me of my Civil Rights. on 02/29/24- through 02/28/2026. ↑Stated About

#3 - Defendant Alfred Jay Young is a Coporal- Supervisor and Detention officer at the C.C.D.C who at all times in this complaint held rank as Corporal and was assigned to CoCDC as A SuperVisor.- Around 03/15/2024- I was placed in Adminsegro in a Cell that had Another inmates Fecal matter all over the Cell, the lights Door, Bed, Walls, Shower- Window and Ceiling- Defendant Corporal Young placed A sign on my Door that read 'do not open this inmates door for any thing- Which prevented me From obtaining Chemicals to Clean the Cell- Forcing me to eat, sleep and live in close proximity with Some one elses Fecal matter- and created unSanitary conditioned that were prolonged For about 10-days- violating my Constitutional Rights - under the 8th Amendment- Cruel and unusual punishment - Malicious and sadistic Conduct- Emotional Distress - Personal Injury- Mentally- Causing man to live sleep and eat in human waste See ✳ Cotney v. Bowers, 2006 WL 277 2,775, ✳8 (M.O. Ala. Sept 26, 2006) unpublished

#4- Defendant Michelle Knight Mmbers. a SuperVisor at the Co.C.D.C. who at All times in this complaint. Held the rank of Corporal and was assigned to the Crisp County Detention Center Did Knowingly and willingly violate my Civil Rights under the U.S.C. by- 5th Amendment when She refused Adequate medical Care- and showing deliberate indifference to my medical need 14th Amendment due process- gross negligence- pain and Suffering- Emotional Distress and personal Injury also Sexual mis conduct- On 12/19/2024- by Intentionally ignoring my request for help- when I told her- I was suicidal- Knowing that I- have numerous mental Health diagnosis which resulted in a immediate Fight when she said well you aint moving- And then she care in and ordered Ofc Pheil to tase me after I had already complied- She then took it upon herself to Strip me naked Even though this is against C.C.D.C. policy For female officers to Strip male inmates and vice versa. Ther were male officers in the Jail but she neither directed (them) to strip me- but (she) (did) leaving me to Feel Sexually humiliated- (she) also refused to take me to medical as I- was bleeding Propusely- From the Extraction of taser prongs in my left thigh and left arm- She also Tucked my naked left thigh rubbing wipes of Peds to clean blood- all of this Is- on Camera- Body Cam- including sexual misconduct

See ✳ Hill v. DeKalb Reg'l Youth Dete Ctr., 40 F. 3d 1176, 1187 (11th Cir. 1994) Via- Deliberate indifference also 14th Amendment Confers The right to be protected From self inflicted (2) Injuries Including Suicide SEE ✳ Turner v. Phillips, No 21-12370, 2022 WL 458,238 at ✳3 (11th Cir. 2022) (Per curiam) I was at the time Diagnosed - M.M.depressive Disorder. and AnxieL...

See Wright V. Newsome, 795 F. 2d 964 969 (11th cir. 1986) Prison officials seized law suit

#5 - See Al-Amin V. Smith, 511 F. 3d 1317, 1325 (11th cir. 2008) id. at 1333-1334.

Defendant Martinez is a supervisor at the Tift County L.E.C. He at all times in this complaint Held the rank of Lieutenant- and was assigned to the Tift County L.E.C. Upon Sheriff hancock retaliating against me on 12/31/2025 or about and upon booking into the Tift L.E.C. Lieutenant Martinez did Knowingly and willingly confiscate my confidential legal mail. and My religious property - in the form of a holy Bible and a Holy Quran - Stating that It was against the Jail Policy- to bring in this property- there fore depriving me of my Right to Worship 1st Amendment and important legal information Also violating My 1st Amendment under the U.S. Co

#6 Also GENI SCARBrough is the Sheriff of Tift County- He is responsible for all operations of the Tift County Sheriff's Department. and any. institutions under its command. He is responsible for Creating and up holding the policy of Tift County Detention Center that violated my FIRST Amendment to Freedom to worship- and He is also responsible for the Action that Lt. martinez took to deprive me of my legal and religious property- also If It wasn't for Sheriff hancocks malicious transfer- none of the actions would have happened and I would not have Suffered these Adverse Actions that were Sadistic through @ 12/31/2025- All about 01/28/2026- see Additional Factual Allegations

P.5 The 1st Amendment prohibits officials adopting patterns that prohibit Freedom of Speech & Religion

ADDitionall info. - 12/27/2025 - 3:48 pm - Response to Investigation request OF LT. Kennedy- answered - by LT. Kennedy- 12/29/25- 4:05pm -"none of this has any factual basis and will not be Responded to - "unfounded" Staff - LT. Kennedy "-

12/25/2025 another grievance- responded to - by lieutenant - Kennedy- stating- that He reviewed the body Camera Footage- Showing Corporal manders and Ofc- groJahnt- two Female Corporals Stripping me and doing their own- medical procedure on me - without any medical Staff- pursuant to me bleeding profusely- from Coporal manders Extracting Taser prongs from my body- - also admitted that the Sole Reason that Cpl. manders- the Supervisor was at the Cell - was because I. Informed 3 different officers. that I- was Suicidal In which. She was deliberately Indifferent to me and Stated your not moving- violating the 14th Amendment- Confers that inmates have the Right to be protected from Self Inflicted Injuries Including Suicide - see "- Turner V. Phillips, No 21- 12370, 2022 WL 458 233, AX ** 3 (11th cir. 202 (per Curiam) A Officer violates that Right when He exibits Deliberate Indifference to a detainees Suicide that is when he Knows there is a strong likelyhood Detainee will Harm himself or others yet Disregards that Risk through Conduct that is more than mere negligence- and when official's Directly responsible for a Inmates Care- Know that inmate has Attempted or threatened suicide their failure to take step to prevent can result In Deliberate Indifference - - see V Whitaker V. Jefferson 4:22-CV-00035-COL-

(3)

14. List the name and address of every person you believe was a **WITNESS** to the incident(s) you complain about, **BRIEFLY** stating what you believe each person knows from having seen or heard **what happened.** (USE ADDITIONAL SHEETS, IF NECESSARY)

Nurse Shon - C.C.D.C. Documented my Injury from LT. Kennedy's Assault - Around 02/29/24 DR- Maria Hughes - the mental health Doctor at C.C.D.C. and T.C.D.C Can attest to most incidents and The trauma Caused directly by incident's 2/29/24-22 And OFC- Zachery Phril of The Crisp County Detention Center will Attest to Assaults and misConduct He witnessed by numerous officers and Administrators - All All Jail Record Involving me - General Request Investigative request grievances - Administrative request and incident reports Filed - on my behalf

15. **BRIEFLY** state exactly what you want the court to do for you. That is, what kind of relief are you seeking in this lawsuit? Do not make any legal arguments and do not cite any cases or statutes! (USE ADDITIONAL SHEETS, IF NECESSARY)

I plaintiff Ray respectfully pray that this Court enter Judgement granting Declaration that the act's an omissions described - violated my Rights under the U.S. Constitution - a preliminary and permanent Injunction ordering Defendants To Cease using Authority As Administrators to Inflict Cruel and usual punishment upon Inmates - also A-public appology - for Afflictions of life long irreparable damages' Such as, P.T.S.D. Anxiety. M.M. Depressive - Disorder Permanent Scarring to Body - Emotional Distress - pain and suffering - that will require life long mental health treatment also damages - For malicious prosecution - from Criminal Charges that I was forced to plead guilty to whereas Cofferol Mandos incident Caused. Compensatory Damages in the Amount of 5,000,000 against Defendant's Jointly - and Severally - nominal and punitive damages - in the amount of 500,000 each defendant - Plaintiffs Cost in Suit

16. You may attach additional pages if you wish to make any legal argument. However, legal Attachment arguments are NOT required in order for you to obtain relief under §1983. If the court desires legal argument from you, it will request it. If any defendant presents a legal argument, you <u>will</u> be afforded an opportunity to respond thereto.

17. KEEP IN MIND THAT ONCE YOUR LAWSUIT IS FILED, THE COURT WILL REQUIRE YOU TO <u>DILIGENTLY</u> PROSECUTE IT. That means that you will be required to go forward with your case without delay. Thus, if you fail to adequately prepare your case <u>before</u> you file it, you may find your lawsuit dismissed for failure to prosecute if you take no action once it is filed. YOU WILL RECEIVE NO FURTHER INSTRUCTIONS FROM THE COURT TELLING YOU WHAT TO DO OR HOW TO DO IT! IT IS YOUR RESPONSIBILITY AND YOURS ALONE TO PROSECUTE YOUR OWN CASE! If you fail to prosecute your case, it will be dismissed under Rule 41 of the Federal Rules of Civil Procedure.

Signed this 16th day of March , 20 26 .

_____
PLAINTIFF

Attachment of #15 - Seeking of relief - Continuance

- - Plaintiff seeks recovery of my cost in this suit - Also Plaintiff seeks a Jury Trial on all Issues Triable by A Jury - Plaintiff seeks all Past Present and Future Recovery and Relief persuant to mental health treatment and medical Bills - and Transportation Back and Forth To treatment recovery of Any Additional relief this Court deems Just proper and Equitable - at all Times mentioned in this Complaint Defendants acted under Color of State law - and are Sued in their official and Individual Capacity - Also I request that Sheriffs Commence Classes For all Staff on proper Treatment of inmates in accordance to the 14th Amendment the excessive force 8th and Cruelty to inmates and The procedural due process - and what Is retaliation against Inmates - So that not So many other prisoners will have to experience the traumatic events that I will Carry with me For the rest of my life - AS I have an intense desire to Avoid these Situations and an intense Anxiety is evoked when and AS (I) am exposed to these Situations of Inhumane Punishment that I have recieved. Directly at the hands of these State officials who were Suposed to protect ME

03/16/2026

IV.    Statement of Claim

State here as briefly as possible the FACTS in your case. Describe how each defendant is personally involved in the depriving you of your rights. You must include relevant times, dates, places, and names of witnesses. DO NOT GIVE LEGAL ARGUMENTS OR CITE ANY CASES OR STATUTES. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

UPon My ARRival AT CRISP COUNTY DETENTION CENTER ON 02/29/2024 around 9,10 pm - I was dragged by My Handcuffs across The Concrete and down the Hall into The Jail By LIEUTENANT "COREY Kennedy"- Causing Lacerations Torn Tissue "Swelling and permanent" Scarring to Both Wrist." ON OR About 03/15/2024 I- was placed in Administrative Segregation Cell- That Had another inmates Fecal Matter All over The Cell, The door, lights, Bed, wall, Shower, and Window Corporal ALFRED Jay Young Printed and place, a Sign That READ- Do Not open This inmates Door FoR Anything So I was Forced to Eat and Sleep in these, Conditions For about 10 days with out being able, to obtain Chemicals to clean the Cell. ON August 23rd 2024 - A investigator From WALB 10 News was dispatched to the Jail to investigate. The Claims OF cruelty and mistreatment after numerous Attempts To Get Sheriff Hancock To take a protective measurement UPon The Arrival OF WALB Sheriff Hancock within 30 minutes Immediatley Transferred MySelf To LEE County Jail. Hancock Failed to investigate My Complaints against Kennedy and also Wrote a letter to ME Stating that Kennedy was Justified in dragging ME across The Concrete. After Gaining Knowledge OF Federal Suit Filed on 12/16/2025 and Motion For TRO, On About 12/27/2025 Hancock again Stated Your Suing ME Im going to transferr your ASS Again - and Aprox. 30 mins Later I- was Transferred To Tift County Jail into the Custody OF Sheriff SCARBrough

medical Attention recieved at CCDC                    SEE Attachment ⟶
By Nurse Shon on around 03/05/24
medical Treatment For mental health treatment recieved at CCDC and TCDC. by Dr. Maria Hughes oF Southern Health. from 02/29/24 through Present as oF    03/16/2026    2 R